UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD LAVAR JOHNSON,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:09-cr-311

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is the Defendant's motion for ends of justice continuance of the final pretrial presently scheduled for December 21, 2009 and trial scheduled for January 5, 2010. The basis of the Defendant's motion is that additional time is necessary for the parties to negotiate a possible resolution now that new information has surfaced. The government does not oppose the motion.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. The final pretrial conference is rescheduled to **January 4, 2010 at 3:15 p.m.** Jury trial is rescheduled to **January 13, 2010 at 8:45 a.m., 128 Federal Building, Lansing, Michigan.**

Dated: December 21, 2009                    /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                                Chief United States District Judge