## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                                  HONORABLE PAUL L. MALONEY

v.                                                Case No. 1:09-cr-311

RONALD LAVAR JOHNSON,

      Defendant.

_____/

### ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

      This matter is before the Court on Defendant Ronald Lavar Johnson's Motion for Appointment of Counsel on Appeal (Dkt. #69). The defendant was sentenced on May 3, 2010 after being convicted of Armed Bank Robbery. Defendant has filed a *pro se* Notice of Appeal and counsel for defendant has also filed a Notice of Appeal on defendant's behalf.

      Sixth Circuit Rule 101(a) states that trial counsel in criminal cases, whether retained or appointed by the district court, is responsible for the continued representation of the client on appeal until specifically relieved by the appellate court.

      Accordingly, this Court will **DENY** defendant's request for appointment of counsel as it is without jurisdiction to rule on said motion.

      **IT IS SO ORDERED**.

Date:  May 19, 2010                                  _/s/ Paul L. Maloney_____

                                                   Paul L. Maloney
                                                   Chief United States District Judge