UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD LAVAR JOHNSON,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:09-cr-311

**ORDER DENYING MOTION TO APPOINT NEW COUNSEL**

    Defendant was sentenced on May 3, 2010 after being convicted of Armed Bank Robbery. Defendant has filed a notice of appeal.

    Defendant now requests new counsel be appointed to represent him in his case pending before the Sixth Circuit Court of Appeals. As stated in this Court's previous order denying his first motion for appointment of counsel (Dkt. #73), Sixth Circuit Rule 101(a) states that trial counsel in criminal cases, whether retained or appointed by the district court, is responsible for the continued representation of the client until specifically relieved by the appellate court. Defendant's attorney has not been relieved by the Sixth Circuit Court of Appeals.

    Accordingly, this Court will **DENY** defendant's request for new counsel as it is without jurisdiction to rule on said motion.

Date: June 9, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge